IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEREK V. LIPSCOMB,

    Petitioner,

v.                                              CASE NO. 1:07-cv-00151-MP-AK

JAMES R. MCDONOUGH,

    Respondent.

_____/

### O R D E R

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Derek V. Lipscomb. Petitioner has not, however, paid the $5.00 filing fee or filed a motion for leave to proceed *in forma pauperis*. Therefore, consideration of the petition will be deferred until payment is received or IFP is granted.

Accordingly, it is ORDERED:

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

That Petitioner shall have until **September 28, 2007**, to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee;

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.**

**DONE AND ORDERED** this *27th* day of August, 2007.

                        ***s/ A. KORNBLUM***
                        **ALLAN KORNBLUM**
                        **UNITED STATES MAGISTRATE JUDGE**

Dockets.Justia.com