IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


DEREK LIPSCOMB,

      Petitioner,

v.                                                                          CASE NO. 1:07-cv-151-MP-AK

JAMES MCDONOUGH,

      Respondent.

_____/

## O R D E R

By prior order, the Court directed service of the petition for writ of habeas corpus on Respondent and the Attorney General for the State of Florida and set deadlines for the response and Petitioner's reply.  Doc. 7.  The deadline for the response passed without any communication from Respondent, and the Court noticed that it had not received the green return receipt cards showing that service had ever been effected upon Respondent and the Attorney General.  A member of the undersigned's staff contacted the Attorney General's office to determine whether it had any record of having received the habeas petition, and it too indicated that service had not occurred.

Presently before the Court is Petitioner's motion to strike Respondent's Answer.  Doc. 8. Of course, Respondent has not answered, as he never received a copy of the Court's order or of the petition.  Because there is no evidence to suggest that Respondent is responsible for this failure of service–the Court suspects that the fault lies with the Postal Service–the Court will re-direct immediate service and re-set the briefing deadlines.

Accordingly, it is **ORDERED**:

That the motion to strike, Doc. 8, is **DENIED**;

That the Clerk shall immediately furnish by certified mail, return receipt requested, a copy of the petition for writ of habeas corpus, Doc. 1, and this Order to Respondent and the Attorney General of the State of Florida;

That upon completion of mailing, the Clerk shall make a docket entry showing that mailing was accomplished;

That Respondent shall file an answer or other pleading on or before **March 11, 2008**;

That Petitioner may file a reply no later than **April 11, 2008**.

**DONE AND ORDERED** this *8th* day of January, 2008.

### *s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**