# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DEREK V. LIPSCOMB,**

    Petitioner,

vs.                                                                      CASE NO. 1:07cv151-MMP/AK

**WALTER MCNEIL,**[1]

    Respondent.

_____/

## ORDER

This cause is before the Court on Respondent's motion for extension of time to file his response to the petition for writ of habeas corpus. Doc. 15. Having carefully considered the matter, the Court finds the motion is well taken.

Accordingly, it is ORDERED:

That Walter McNeil is **SUBSTITUTED** in place of James McDonough as the proper respondent;

That the motion for extension of time, Doc. 15, is **GRANTED**;

---

[1]James McDonough is no longer the Secretary of the Florida Department of Corrections, and his replacement, Walter McNeil, will be substituted in his stead as the proper respondent.

That Respondent shall file his response no later than **April 11, 2008**;

That Petitioner may file a reply no later than **May 12, 2008**.

**SO ORDERED** this  **19**th  day of March, 2008.

        *s/ A. KORNBLUM*
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**

**No. 1:07cv151-mmp/ak**