# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DERECK LIPSCOMB,**

    Petitioner,

vs.                                    **CASE NO. 1:07cv151-MMP/AK**

**WALTER MCNEIL,**

    Respondent.

_____/

## ORDER

This cause is before the Court on Respondent's second motion for extension of time to file his response to the petition for writ of habeas corpus.  Doc. 17.  Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**.  Respondent shall file his response to the petition no later than **May 15, 2008**.  **No further extensions of time shall be granted absent a showing of exigent circumstances.**  Petitioner may file a reply no later than **June 16, 2008**.

    **SO ORDERED** this   **24**[th]   day of April, 2008.

                                    *s/ A. KORNBLUM*
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**