IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEREK V. LIPSCOMB,

    Petitioner,

v.                                      CASE NO. 1:07-cv-151-MMP-AK

WALTER A. MCNEIL,

    Respondent.
_____/

## **O R D E R**

This matter is before the Court on Doc. 20, Respondent's Motion for Extension of Time. Having carefully considered the matter, the Court finds the motion is well taken and it is **GRANTED**. Respondent shall file his response no later than **June 16, 2008**. **Under no circumstances shall a further extension of time be granted to Respondent in this case.** Petitioner may file his reply no later than **July 16, 2008.**

    **DONE AND ORDERED** this _**19**$^{th}$_ day of May, 2008.

                                                  *s/ A. KORNBLUM*
                                                  **ALLAN KORNBLUM**
                                                  **UNITED STATES MAGISTRATE JUDGE**