IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DEREK LIPSCOMB,

    Petitioner,

v.                                                                            CASE NO. 1:07-cv-151-MMP-AK

WALTER MCNEIL,

    Respondent.
_____/

**O R D E R**

    This matter is before the Court on Doc. 24, Final Motion for Extension of Time to File Response, by Walter McNeil.  Though the Court does not believe the continuing staffing issues in the Attorney General's Office constitute exigent circumstances warranting an extension, it finds that the unexpected matters involving counsel's family are sufficient to allow the requested 14-day extension.  **However, Respondent is cautioned that no further extensions of time shall be granted in this cause**.

    Accordingly, it is **ORDERED**;

    That the motion for extension of time, Doc. 24, is **GRANTED**;

    That Respondent shall file his response no later than **June 30, 2008**;

    That Petitioner may file a reply no later than **July 31, 2008**.

    **DONE AND ORDERED** this   *18*$^{th}$ day of June, 2008.

                                                 *s/ A. KORNBLUM*
                                                 **ALLAN KORNBLUM**
                                                 **UNITED STATES MAGISTRATE JUDGE**